Jason T. Dennett
Kim D. Stephens, P.S., OSB #030635
Kaleigh N. Boyd (admitted *pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Email: kstephens@tousley.com
Email: kboyd@tousley.com

John J. Nelson (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

**Seth H. Row,** OSB No. 021845
seth.row@stoel.com
**Nathan R. Morales,** OSB No. 145763
nathan.morales@stoel.com
**Alexandra Choi Giza,** OSB No. 214485
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

**Ian H. Fisher** (*pro hac vice*)
ifisher@taftlaw.com
**Ioana M. Guset** (*pro hac vice*)
iguset@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2600
Chicago, IL 60601-4208
Telephone: (312) 527-4000

[*Additional counsel listed on signature page*]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| IN RE:<br>PACIFIC RESIDENTIAL MORTGAGE, LLC DATA SECURITY INCIDENT | 3:25-cv-00549-SI (Lead Case)<br><br>3:25-cv-00555-SI (Trailing Case)<br><br>3:25-cv-00574-SI (Trailing Case)<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY** |

Plaintiffs Stephanie Tabibian, Tihomil Kraker, Alexander Cnossen, and Jerri Hopewell ("Plaintiffs"), through undersigned counsel, hereby give notice that the Parties have reached a settlement with respect to Plaintiffs' individual claims. Plaintiffs and Defendant are in the process of finalizing their settlement agreement. Plaintiffs anticipate filing a notice of dismissal with prejudice within thirty (30) days.

Accordingly, the Parties respectfully request that the Court stay all proceedings for a period of thirty (30) days to allow the Parties to finalize and execute the Settlement Agreement and for Plaintiffs to dismiss their action.

DATED: September 11, 2025

**Seth H. Row,** OSB No. 021845
seth.row@stoel.com
**Nathan R. Morales,** OSB No. 145763
nathan.morales@stoel.com
**Alexandra Choi Giza,** OSB No. 214485
alexandra.giza@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

**Ian H. Fisher** (*pro hac vice*)
ifisher@taftlaw.com
**Ioana M. Guset** (*pro hac vice*)
iguset@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker, Suite 2600
Chicago, IL 60601-4208
Telephone: (312) 527-4000

*Attorneys for Pacific Residential Mortgage, LLC*

By: /s/   John J. Nelson

John J. Nelson (admitted *pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Jason T. Dennett
Kim D. Stephens, P.S., OSB #030635
Kaleigh N. Boyd (admitted *pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Email: kstephens@tousley.com
Email: kboyd@tousley.com

Leanna Loginov (admitted pro hac vice)
**SHAMIS & GENTILE P.A.**
14 NE 1st Ave., Suite 705
Miami, Fl 33132
Telephone: (305) 479-2299
Email: lloginov@shamisgentile.com

Melissa G. Meyer*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Email: mmeyer@zlk.com

Kenneth J. Grunfeld*
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004

Telephone: (954) 525-4100
Email: grunfeld@kolawyers.com

*Attorney for Plaintiffs and*
*The Proposed Class*

*\*Pro Hac Vice application forthcoming*