Jason T. Dennett (admitted *pro hac vice*)
Kim D. Stephens, P.S., OSB #030635
Kaleigh N. Boyd (admitted *pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Email: kstephens@tousley.com
Email: kboyd@tousley.com

John J. Nelson (admitted *pro hac vice*)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel.: (858) 209-6941
Email: jnelson@milberg.com

[*Additional counsel listed on signature page*]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION**

| | |
|---|---|
| IN RE:<br>PACIFIC RESIDENTIAL MORTGAGE, LLC<br>DATA SECURITY INCIDENT | 3:25-cv-00549-SI (Lead Case)<br><br>3:25-cv-00555-SI (Trailing Case)<br><br>3:25-cv-00574-SI (Trailing Case)<br><br>**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i)** |

Plaintiffs Stephanie Tabibian, Tihomil Kraker, Alexander Cnossen, and Jerri Hopewell, through undersigned counsel, hereby give notice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that they are dismissing their individual claims with prejudice and their class claims without prejudice.

DATED: January 22, 2026

By: <u>/s/ _John J. Nelson_</u>

John J. Nelson (admitted *pro hac vice*)
**MILBERG, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel.: (858) 209-6941
Email: jnelson@milberg.com

Jason T. Dennett (admitted *pro hac vice*)
Kim D. Stephens, P.S., OSB #030635
Kaleigh N. Boyd (admitted *pro hac vice*)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Email: kstephens@tousley.com
Email: kboyd@tousley.com

Leanna Loginov (admitted *pro hac vice*)
**SHAMIS & GENTILE P.A.**
14 NE 1st Ave., Suite 705
Miami, Fl 33132
Telephone: (305) 479-2299
Email: lloginov@shamisgentile.com

Melissa G. Meyer*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Email: mmeyer@zlk.com

Kenneth J. Grunfeld*
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Telephone: (954) 525-4100
Email: grunfeld@kolawyers.com

*Attorney for Plaintiffs and*
*The Proposed Class*

*\*Pro Hac Vice application forthcoming*